IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| William J. Bradley, | : | |
| Petitioner | : | Case No. C-1-00-616 |
| v. | : | Judge Marbley |
| Betty Mitchell, Warden, | : | Magistrate Judge Abel |
| Respondent | : | |

ORDER

Counsel for the parties are DIRECTED to make a joint status report to the Magistrate Judge within fifteen (15) days of the date of this Order.

s/Mark R. Abel
United States Magistrate Judge