IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| William Bradley, | : | |
|     Petitioner, | : | Case No. 00-CV-616 |
| vs. | : | |
| Margaret Bagley, | : | Judge Marbley |
|     Warden. | : | |

**JOINT STATUS REPORT**

The parties submit the following joint status report pursuant to this Court's order of November 7, 2003. (Doc. 73).

                                                 Respectfully submitted,

                                                 JIM PETRO
LAURENCE E. KOMP           Ohio Attorney General
423 Madrina
Ballwin, Missouri 63021
636-394-1237                                 s/Jonathan R. Fulkerson
                                                 JONATHAN R. FULKERSON (0068360)
ANGELA WILSON MILLER    Assistant Attorney General
1311 West Second Ave         30 East Broad Street
Columbus, Ohio 43212         23rd Floor, Capital Crimes Section
(614) 804-6847                              Columbus, Ohio 43215
                                                 (614) 728-7055
                                                 Fax (614) 728-8600
                                                 JFulkerson@ag.state.oh.us

## REPORT

No substantive activity has taken place in this case since October 25, 2002. On that date, Judge Marbley ordered petitioner's counsel to prepare and submit a proposed case budget order that was timely submitted. (Doc. 71). Attorney Jonathan Fulkerson entered an appearance on June 16, 2003. (Doc. 73). No other activity has taken place.

Petitioner has informed Respondent that he is considering the filing of a second state post-conviction action related to whether, given Mr. Bradley's age, he is eligible to be executed consistent with the Eighth Amendment. See Atkins v. Virginia, 536 U.S. 304 (2003). Respondent is currently evaluating whether to waive the exhaustion requirement for such a claim.

                                              Respectfully submitted,

                                              JIM PETRO

LAURENCE E. KOMP             Ohio Attorney General
423 Madrina
Ballwin, Missouri 63021
636-394-1237                                 s/Jonathan R. Fulkerson
                                              JONATHAN R. FULKERSON (0068360)
ANGELA WILSON MILLER       Assistant Attorney General
1311 West Second Ave             30 East Broad Street
Columbus, Ohio 43212             23rd Floor, Capital Crimes Section
(614) 804-6847                                Columbus, Ohio 43215
                                              (614) 728-7055
                                              Fax (614) 728-8600
                                              JFulkerson@ag.state.oh.us

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served by the Court's electronic filing system on this 18th day of November, 2003 to:

Laurence E Komp
423 Madrina
Ballwin, MO 63021

Angela Wilson Miller
1311 W Second Avenue
Columbus, OH 43212

Counsel for Petitioner

                                            s/Jonathan R. Fulkerson
                                            Jonathan R. Fulkerson     (0068360)
                                            Assistant Attorney General