IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

William J. Bradley,                 :

       Petitioner          :    Case No. 1:00-cv-616

  v.                                :    Judge Marbley

Betty Mitchell,                     :    Magistrate Judge Abel

       Respondent          :

ORDER

Counsel for the parties are DIRECTED to make a joint, written status report to the Magistrate Judge **within fifteen (15) days of the date of this Order.** The report should indicate what action has been taken since the parties' November 18, 2003 joint status report.

                                                 s/Mark R. Abel
                                                United States Magistrate Judge