IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

| | | |
|---|---|---|
| **WILLIAM BRADLEY,** | : | |
| Petitioner, | : | CASE NO.: 00-CV-616 |
| v. | : | |
| **MARGARET BAGLEY, Warden.** | : | JUDGE MARBLEY |
| Respondent. | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Please take notice that Assistant Attorney General Timothy D. Prichard has been replaced as co-counsel of record for Respondent, Margaret Bagley, Warden of the Mansfield Correctional Institution in the above-captioned case by Assistant Attorney General Carol A. Ellensohn. Timothy D. Prichard should be removed entirely as counsel of record in this case. Assistant Attorney General Jonathan R. Fulkerson will continue serving as lead counsel. Copies of all

pleadings, correspondence, or other documents filed with this Honorable Court should be directed to the undersigned.

        Respectfully submitted,

        **JIM PETRO**
        **Ohio Attorney General**

        s/ Carol A. Ellensohn
        **CAROL A. ELLENSOHN (0074598)**
        Assistant Attorney General
        Capital Crimes Section
        30 East Broad Street, 23rd Floor
        Columbus, Ohio 43215
        (6l4) 728-7055; (614) 728-8600 (fax)
        cellensohn@ag.state.oh.us

        Co-Counsel for Respondent

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing *Notice Of Substitution* was electronically filed; copies were also sent via first-class U.S. Mail, postage-prepaid, to: Angela Wilson Miller, Attorney at Law, 1311 West Second Avenue, Columbus, Ohio, 43212; and to Laurence E. Komp, 423 Madrina, Ballwin, Missouri 63021, Counsel for Petitioner; this 22nd day of April, 2004.

        s/ Carol A. Ellensohn
        **CAROL A. ELLENSOHN (0074598)**
        Assistant Attorney General