IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| William Bradley, | : | |
| Petitioner, | : | Case No. 00-CV-616 |
| vs. | : | |
| Margaret Bagley, | : | Judge Marbley |
| Warden. | : | |

**JOINT STATUS REPORT**

The parties submit the following joint status report pursuant to this Court's order of April 20, 2004. (Doc. 75). There have been no developments in this case since the previous status report of November 18, 2003.

                                                            Respectfully submitted,

                                                            JIM PETRO

LAURENCE E. KOMP              Ohio Attorney General
423 Madrina
Ballwin, Missouri 63021
636-394-1237                                        s/Jonathan R. Fulkerson
                                                           JONATHAN R. FULKERSON (0068360)
                                                           CAROL A. ELLENSOHN (0074598)
ANGELA WILSON MILLER        Assistant Attorney General
1311 West Second Ave            30 East Broad Street
Columbus, Ohio 43212            23rd Floor, Capital Crimes Section
(614) 804-6847                                 Columbus, Ohio 43215
                                                           (614) 728-7055
                                                           Fax (614) 728-8600
                                                           jfulkerson@ag.state.oh.us
                                                           cellensohn@ag.state.oh.us