IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**WILLIAM J. BRADLEY,**

    **Petitioner,**

    v.                                              **Case No. C-1-00-616**
                                                    **JUDGE MARBLEY**
**BETTY MITCHELL, Warden,**                   **Magistrate Judge Abel**

    **Respondent.**

## **ORDER**

Petitioner, a prisoner sentenced to death by the State of Ohio, has pending before the Court a habeas corpus action pursuant to 28 U.S.C. §2254. This matter is before the Court upon petitioner's *ex parte* request for clarification, (doc.no. 64). Petitioner's request is denied as moot.

On January 28, 2002, petitioner filed an *ex parte* motion for funds to employ an expert, (doc.no. 59). Ultimately, that request was rejected by the Court of Appeals for the Sixth Circuit. The *Order* of April 30, 2002, (doc.no. 63), mistakenly indicates that petitioner's *ex parte* motion was granted by the Sixth Circuit. The purpose of this order is to clarify that petitioner's *ex parte* motion was denied.

That ambiguity having been clarified, petitioner's *ex parte* request for clarification, (doc.no. 64), is DENIED as moot.

                                                                          s/Algenon L. Marbley
                                                                       **ALGENON L. MARBLEY**
                                                                       **United States District Judge**

**Date: September 27, 2004**