IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM BRADLEY, | : | |
| Petitioner, | : | CASE NO. 00-CV-616 |
| vs. | : | JUDGE MARBLEY |
| BETTY MITCHELL, WARDEN | : | MAGISTRATE ABEL |
| Respondent. | : | |

## Order

Counsel are DIRECTED to make a status report within twenty-one days of the date of this order.

s/Mark R. Abel
Mark R. Abel
United States Magistrate Judge