THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM BRADLEY, | : | |
| Petitioner, | : | Case No. 00-CV-616 |
| v. | : | JUDGE MARBLEY |
| BETTY MITCHELL, WARDEN, | : | MAGISTRATE ABEL |
| Respondent. | : | |

**JOINT STATUS REPORT**

The parties submit the following status report pursuant to this Court's Order of February 22, 2005. (Doc. 80). Petitioner, William Bradley, is now deceased. Undersigned counsel will submit a copy of Petitioner Bradley's death certificate once the certificate is obtained.

Respectfully submitted,

s/Angela Miller_____

Gregory A. Perry, #0065251
Carol Ellensohn, #0074598
Assistant Attorneys General
30 E. Broad Street, 23rd Floor
Columbus, Ohio 43215

Attorneys for Respondent

Angela Miller, #0064902
1981 Andover Road
Columbus, Ohio 43212
(614) 804-6847
(614) 2424243 (Facsimile)
amiller8@columbus.rr.com

Laurence E. Komp
423 Madrina
Ballwin, Missouri 63021
(636) 394-1237

Attorneys for Petitioner

**Certificate of Service**

I hereby certify that a copy of the foregoing JOINT STATUS REPORT was forwarded to Gregory Perry and Carol Ellensohn via electronic mail on this 10th day of March, 2005.

s/Angela Miller
Angela Miller, #0064902
