IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

WILLIAM J. BRADLEY,

    Petitioner,

v.       Case No. 1:00cv616
    JUDGE MARBLEY
BETTY MITCHELL, Warden,       Magistrate Judge Abel

    Respondent.

## ORDER

Petitioner, a prisoner sentenced to death by the State of Ohio, has pending before the Court a habeas corpus action pursuant to 28 U.S.C. §2254. This matter is before the Court *sua sponte* to direct counsel for petitioner to submit any final bills.

On March 10, 2005, the parties filed a joint status report advising the Court that Petitioner Bradley has died, (doc.no. 81). Counsel for petitioner stated that they have not yet obtained an official certificate of death.

Counsel for petitioner are hereby DIRECTED to file, within ten (10) days of the date of this order, any final bills for their fees and expenses.

    s/Mark R. Abel
    MARK R. ABEL
    United States Magistrate Judge