IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**WILLIAM J. BRADLEY,**

      Petitioner,

   v.                                              Case No. 1:00cv616
                                                      JUDGE MARBLEY

**BETTY MITCHELL, Warden,**            Magistrate Judge Abel

      Respondent.

## ORDER

Petitioner, a prisoner sentenced to death by the State of Ohio, has pending before this Court a habeas corpus action pursuant to 28 U.S.C. §2254. This matter is before the Court *sua sponte* to direct the parties to show cause why this case should not be dismissed as moot.

On March 10, 2005, the parties filed a joint status report advising the Court that Petitioner Bradley has died, (doc.no. 81). Accordingly, the parties are DIRECTED, within thirty (30) days of the date of this order, to show cause why this action should not be dismissed as moot. Responses should be accompanied with appropriate documentation of Petitioner Bradley's death. If no death certificate is available yet, counsel for petitioner are directed to file it whenever they obtain it.

      **IT IS SO ORDERED.**

                                                      s/Mark R. Abel
                                                        **MARK R. ABEL**
                                                     **United States Magistrate Judge**