IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **WILLIAM J. BRADLEY**, | : | |
| Petitioner, | : | **Case No. 1:00CV00616** |
| vs. | : | **Judge Marbley** |
| **BETTY MITCHELL, WARDEN,** | : | **Mag. Judge Abel** |
| Respondent. | : | |

**JOINT MOTION TO DISMISS**

On March 10, 2005, the parties filed a joint status report advising the Court that the Petitioner is now deceased. (doc.no. 81). The Court subsequently ordered the parties to show cause why this action should not be dismissed as moot. By the agreement of counsel, the parties hereby jointly move this Court for an Order of dismissal of this action as moot. A copy of the Petitioner's Certificate of Death is attached hereto and incorporated herein by reference.

Respectfully submitted,

JIM PETRO
Ohio Attorney General


s/Gregory A. Perry
GREGORY A. PERRY* (0065251)
   *Trial Counsel*
Senior Assistant Attorney General
CAROL A. ELLENSOHN (0074598)
Assistant Attorney General
Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215
(614) 728-7055; Fax (614) 728-8600
gperry@ag.state.oh.us
cellensohn@ag.state.oh.us

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing *Joint Motion to Dismiss* was delivered to counsel for petitioner this 21st day of April 2005 via e-mail and regular U.S. Mail postage prepaid to:

Laurence E Komp
423 Madrina
Ballwin, MO 63021
lekomp@swbell.net

Angela Marie Miller
1981 Andover Road
Columbus, OH 43212
amiller8@columbus.rr.com

Counsel for Petitioner


s/Gregory A. Perry
GREGORY A. PERRY (0065251)