**Ohio Department of Health**
**VITAL STATISTICS**
**CERTIFICATE OF DEATH**
TYPE OR PRINT IN PERMANENT *BLACK* INK

Reg. Dist. No. _____
Primary Reg. Dist. No. 3501
Registrar's No. DC05-002040
State File No. _____

DO NOT WRITE IN MARGIN RESERVED FOR DOH DATA CODING

a. _____
b. _____
c. _____
d. _____
e. _____

**DECEDENT**

1. Decedent's Name (First, Middle, LAST): WILLIAM BRADLEY
2. Sex: MALE
3. Date of Death (Month, Day, Year): 01/09/2005

4. Social Security Number: 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
5a. Age-Last Birthday (Years): 78
5b. Under One Year — Months / Days
5c. Under 1 Day — Hours / Minutes
6. Date of Birth (Month, Day, Year): 5/5/26
7. Birthplace (City, County and State or Foreign Country): Elizabethtown KY

8. Was Decedent Ever in U.S. Armed Forces?: ☐ Yes ☒ No
9a. Place of Death (Check Only One): Hospital ☐ Inpatient ☐ ER/Outpatient ☐ DOA  Other ☐ Nursing Home ☐ Residence ☒ Other (Specify) Prison

9b. Facility Name (If Not Institution, Give Street and Number): Corrections Medical Center
9c. City, Village, Twp., or Location of Death: Columbus
9d. County of Death: Franklin

10. Marital Status-Married, Never Married, Widowed, Divorced (Specify): Widowed
11. Surviving Spouse (If Wife, Give Maiden Name): _____
12a. Decedent's Usual Occupation (Give kind of work done during most of working life. Do not use Retired): Machinist
12b. Kind of Business/Industry: Manufacturing

IF DEATH OCCURRED IN INSTITUTION, GIVE RESIDENCE BEFORE ADMISSION →

13a. Residence-State: Ohio
13b. County: Franklin
13c. City, Town, Twp., or Location: Columbus
13d. Street and Number: 1335 Fair Ave

13e. Inside City Limits?: ☐ Yes ☐ No
13f. ZIP Code: 43205
14. Was Decedent of Hispanic Origin? ☐ Yes ☒ No (If Yes, Specify Cuban, Mexican, Puerto Rican, etc.)
15. Race-American Indian, Black, White, etc. (Specify): Black
16. Decedent's Education (Specify Only Highest Grade Completed) Elementary/Secondary (0-12): 5th grade   College (1-4 or 5+):

**PARENTS**

17. Father's Name (First, Middle, Last): Billie Bradley (Deceased)
18. Mother's Name (First, Middle, Maiden Surname): Cora Simms-Bradley (Deceased)

**INFORMANT**

19a. Informant's Name (Type/Print): Diane Filibeck
19b. Mailing Address (Street and Number or Rural Route Number, City or Town, State, ZIP Code): Mansfield Correctional Inst - POB 788 Mansfield, OH 44901

**DISPOSITION**

20a. Method of Disposition: ☒ Burial ☐ Cremation ☐ Removal from State ☐ Donation ☐ Other (Specify)
20b. Place of Disposition (Name of Cemetery, Crematory, or Other Place): OSR Cemetery
20c. Location City or Town, State: Mansfield, OH

20d. Date of Disposition: Jan. 11, 2005
21a. Name of Embalmer (First, Middle, Last): None
21b. License Number: N/A

22a. Signature of Funeral Director or Other Person: [signature]
22b. License Number (of Licensee): 9047
23. Name and Address of Facility (Include City, State and ZIP code): Mansfield Correctional Institution P O Box 788 Mansfield, OH 44901

**REGISTRAR**

f. _____
g. _____
h. _____
i. _____

24. Registrar's Signature: [signature]
25. Date Filed (Month, Day, Year): 3/10/05
26a. Signature of Person Issuing Permit: Virginia Jeffers
26b. Dist. No.: 20
27. Date Permit Issued: 1/11/0

**CERTIFIER**

j. _____
k. _____
l. _____
m. _____
n. _____
o. _____
p. _____
q. _____
r. _____
s. _____
t. _____
u. _____

28a. Certifier (Check Only One): ☒ Certifying Physician — To the best of my knowledge, death occurred at the time, date, and place, and due to the cause(s) and manner as stated.
☐ Coroner — On the basis of examination and/or investigation, in my opinion, death occurred at the time, date, and place and due to the cause(s) and manner as stated.

28b. Time of Death: 8:30 PM
28c. Date Pronounced Dead (Month, Day, Year): 01/09/2005
28d. Was Case Referred to Coroner?: ☐ Yes ☐ No
28e. Signature and Title of Certifier: M Akusoba
28f. License Number: 35-67202-A
28g. Date Signed (Month, Day, Year): 01/10/2005

29. (Type/Print) Name of Person who Completed Cause of Death (Include City, State and ZIP code): MARTIN AKUSOBA MD 1993 HARMON AVENUE COLUMBUS OH 4322

**CAUSE OF DEATH**

SEE INSTRUCTIONS ON REVERSE SIDE

30. Part I. Enter the diseases, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure. List only one cause on each line. Type or print in permanent *black* ink.

| | | Approximate Interval Between Onset and Death |
|---|---|---|
| Immediate Cause (Final disease or condition resulting in death) → | a. HYPOXEMIA | 1 DAY |
| Sequentially list conditions, if any, leading to the immediate cause. | b. Due to (or as a Consequence of) ASPIRATION PNEUMONIA | 5 DAYS |
| Enter Underlying Cause Last (Disease or injury that initiated events resulting in death) | c. Due to (or as a Consequence of) NON SMALL CELL LUNG CANCER | 1 YEAR |
| | d. Due to (or as a Consequence of) | |

Part II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I.
(R) FRONTAL BRAIN METASTASIS

31a. Was an Autopsy Performed?: ☐ Yes ☒ No
31b. Were Autopsy Findings Available Prior to Completion of Cause of Death?: ☐ Yes ☐ No

32. Manner of Death: ☒ Natural ☐ Pending Investigation ☐ Accident ☐ Suicide ☐ Could Not be Determined ☐ Homicide
33a. Date of Injury (Month, Day, Year):
33b. Time of Injury: M
33c. Injury at Work?: ☐ Yes ☐ No
33d. Describe How Injury Occurred:
33e. Place of Injury - At Home, Farm, Street, Factory, Office Building, etc. (Specify):
33f. Location (Street and Number or Rural Route Number, City and Town, State):

HEA 2717
5152.06 Rev. 2/97

USE ONLY