IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**WILLIAM J. BRADLEY,**

    **Petitioner,**

v.                                         Case No. 1:00cv616
                                                  JUDGE MARBLEY

**BETTY MITCHELL, Warden,**              Magistrate Judge Abel

    **Respondent.**

## ORDER

Petitioner, a prisoner sentenced to death by the State of Ohio, has pending before this Court a habeas corpus action pursuant to 28 U.S.C. §2254. This matter is before the Court upon the motion of the parties requesting the dismissal of this case due to the death of petitioner during the pendency of this action.

On March 10, 2005, the parties filed a joint status report indicating that petitioner, William Bradley, had died during the pendency of this action. In response to a show cause order issued by the Court on April 8, 2005, the parties filed a joint motion to dismiss petitioner's action requesting that the Court enter final judgment closing the case, (doc.no. 86). Attached to that motion is a copy of the certificate of death for Petitioner Bradley.

Petitioner's death renders this habeas corpus action moot. Accordingly, this habeas corpus action is hereby DISMISSED for mootness. The Clerk is DIRECTED to enter final judgment dismissing this case.

                                                            s/Algenon L. Marbley
                                                           **ALGENON L. MARBLEY**
                                                           **United States District Judge**