**AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*

**SOUTHERN DISTRICT OF OHIO**

JUDGMENT IN A CIVIL CASE

WILLIAM J. BRADLEY,

      vs        Case Number C-1-00-616

BETTY MITCHELL,

**Judge Algenon L. Marbley**

Magistrate Judge Abel

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the June 14, 2005 Order, Petitioner's death renders this habeas corpus action moot, accordingly this action is DISMISSED for mootness.

Date: **June 14, 2005**        **James Bonini, Clerk**

       s/Betty L. Clark
       Betty L. Clark/Deputy Clerk